UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA,<br><br>         Plaintiff,<br><br>    v.<br><br>HERMAN AND HELEN'S MARINA, et al.,<br><br>         Defendants. | No.  2:16-cv-0803 KJM CKD PS<br><br>ORDER |

Defendant Spurlock has filed a proposed substitution of attorney. Good cause appearing, counsel Jimy Hu will be substituted in as counsel of record.

This matter was initially referred to the magistrate judge for pretrial management because defendant Charles Spurlock was proceeding pro se. See Local Rule 302(c)(21). Because defendant Spurlock is now represented by counsel, pretrial matters, other than discovery motions, should now be noticed before the District Judge assigned to this action. The magistrate judge shall continue to perform all duties described in Local Rule 302(c)(1)-(20).

Accordingly, IT IS HEREBY ORDERED that:

1. Counsel Jimy Hu is substituted in as counsel of record for defendant Charles Spurlock.

2. This matter is referred back to the District Judge assigned to this action;

3. All dates pending before the undersigned are vacated; and

4. Henceforth the caption on documents filed in this action shall be No. 2:16-cv-0803 KJM CKD.

Dated:  April 28, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 cal-herman0803.cou.ref