UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA,<br><br>                    Plaintiff,<br><br>         v.<br><br>HERMAN AND HELENS MARINA, et al.,<br><br>                    Defendants. | No.  2:16-cv-0803 KJM CKD<br><br>ORDER |

This matter was initially referred to a United States Magistrate Judge as provided by Local Rule 302(c)(21).[1]

On April 22, 2016, the magistrate judge filed findings and recommendations, which were served on the parties and which contained notice to the parties that any objections to the findings and recommendations were to be filed within fourteen days.  Objections to the findings and recommendations have been filed.

The court presumes that any findings of fact are correct.  *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed de novo.  *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).  Having reviewed

---

[1] Subsequent to the issuance of the findings and recommendations, counsel was substituted in for the pro se defendant and the matter was referred back to the District Judge assigned to this action.

1

the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed April 22, 2016 are adopted in full; and

2. The above-entitled action is summarily remanded to the Superior Court of California, County of San Joaquin.

DATED: June 2, 2016

_____
UNITED STATES DISTRICT JUDGE